**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NATIONWIDE JUDGMENT RECOVERY, INC.,
as successor in interest to Matthew Orso, in his
capacity as court-appointed Receiver for Rex
Venture Group, LLC d/b/a ZeekRewards.com,
      Plaintiff,
v.                                        Case No: 6:21-mc-147-PGB-DAB
HELENA JACKMAN,
member of Defendant class of Net
Winners,
      Defendant.

**ORDER**

This cause came on for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **MOTION FOR WRIT OF GARNISHMENT, AFTER JUDGMENT, AGAINST BANK OF AMERICA, N.A. (Doc. No. 29)** |
| **FILED:** | February 1, 2023 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

| | |
|---|---|
| **MOTION:** | **MOTION FOR WRIT OF GARNISHMENT, AFTER JUDGMENT, AGAINST PNC BANK, N.A. (Doc. No. 30)** |
| **FILED:** | February 1, 2023 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

On September 20, 2021, Matthew Orso, as successor receiver for Rex Venture Group, LLC, registered a foreign judgment in this Court in the amount of $72,208.71 against Defendant Helena Jackman. Doc. Nos. 1, 1-1. On February 1, 2023, Orso's assignee, Nationwide Judgment Recovery, Inc. ("Nationwide"),[1] filed a Motion for Writ of Garnishment (the "Bank of America Motion") as to funds belonging to Jackman that are being held by Bank of America, N.A. Doc. No. 29. Also on February 1, 2023, Nationwide filed a Motion for Writ of Garnishment (the "PNC Bank Motion") as to funds belonging to Jackman that are being held by PNC Bank, N.A. Doc. No. 30. In both the Bank of America Motion and the PNC Bank Motion (collectively the "Motions"), Nationwide represents that each bank "is or may be indebted to Defendant or has tangible or intangible personal property of the Defendant in its hands, possession or control within the Middle District of Florida, Orlando Division, sufficient to satisfy the judgment in whole or in part." Doc. No. 29 ¶ 5; Doc. No. 30 ¶ 5. Nationwide attaches proposed writs of garnishment to each of the Motions. Doc. Nos. 29-1, 30-1.

A money judgment is enforceable by a writ of garnishment, and the writ must accord with the law of the state where the court is located. Fed. R. Civ. P.

---

[1] Nationwide is assignee of Matthew E. Orso in his capacity as Court-Appointed successor Receiver for Rex Venture Group, LLC d/b/a Zeekrewards.Com based on a December 16, 2019, Bill of Sale and Assignment. Doc. Nos. 23-2, 24.

69(a)(1). Under Florida law, post-judgment writs of garnishment may be issued ex parte and without notice to the judgment debtor. *See United Presidential Life Ins. Co. v. King*, 361 So. 2d 710, 713 (Fla. 1978); *see also Commc'ns Ctr., Inc. v. Komatsu*, Case No. 6:05-cv-1254-GAP-GJK, 2008 WL 2717669, at *1 (M.D. Fla. June 27, 2008).

In Florida, "[e]very person or entity who has sued to recover a debt or has recovered judgment in any court against any person or entity has a right to a writ of garnishment." Fla. Stat. § 77.01. After judgment has been entered, but before the writ of garnishment is issued, the party seeking the writ of garnishment must file a motion stating the amount of the judgment. *Id.* § 77.03. The writ must state the amount owed, which is taken from the motion for issuance of the writ, and direct the garnishee to do the following: 1) serve an answer on the movant within 20 days after service of the writ stating whether the garnishee is indebted to the debtor at the time of the answer, or was indebted at the time of service of the writ, or was indebted at any time between such times; 2) state what sum and what tangible or intangible personal property of the debtor the garnishee possesses or controls at the time of the answer, or had at the time of the service of the writ, or at any time between such times; and 3) whether the garnishee knows of any other person indebted to the debtor, or who may possess or control any of the debtor's property. *Id.* § 77.04.

The Motions and writs of garnishment attached to the Motions comply with the Florida Statutes governing the issuance of a writ of garnishment. Based on the papers filed by Nationwide, it appears that it is entitled to the issuance of the writs of garnishment directed to Bank of America (Doc. No. 29-1) and PNC Bank (Doc. No. 30-1).

It is **ORDERED** as follows:

1. The Motions for Writs of Garnishment (Doc. Nos. 29, 30) are **GRANTED**; and

2. The Clerk of Court is **DIRECTED** to issue the writs of garnishment (Doc. Nos. 29-1, 30-1) attached to the Motions.

**DONE** and **ORDERED** in Orlando, Florida, on February 10, 2023.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties